IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRELL PERRY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Case No. 1:20-cv-123-ECM-SMD |
| ) | |
| WATER WORLD WATER PARK, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the court is Plaintiffs' Motion for Leave to Proceed *in forma pauperis* (Doc. 2). In their financial affidavits, one of the plaintiffs attests to earning $1,500 in monthly wages. (Docs. 2-1, 2-2) at 2. Their monthly expenses total $1,292. *Id.* at 5. This means that plaintiffs have a positive monthly cash flow of $208 and, with proper savings and budgeting, are able to pay this Court's filing fee. Plaintiffs' affidavits were also submitted under the penalty of perjury. (Docs. 2-1, 2-2) at 1. Accordingly, it is

ORDERED that Plaintiffs' Motion (Doc. 2) is DENIED. Plaintiffs are directed to pay the filing fee **on or before May 27, 2020** or advise this Court of their intent to dismiss this case. Plaintiffs are further warned that failure to comply with this order will result in a recommendation that their case be dismissed for failure to comply with court orders.

Done this 28th day of February, 2020.

/s/ Stephen M. Doyle
STEPHEN M. DOYLE
UNITED STATES MAGISTRATE JUDGE