# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| TERRELL PERRY, ET AL., ) | |
| ) | |
|     PLAINTIFFS, ) | |
| ) | CASE NO: |
| v. ) | |
| ) | 1:20-cv-123-ECM-SMD |
| THE CITY OF DOTHAN, ) | |
| ALABAMA d/b/a WATER WORLD ) | |
| WATER PARK ) | |
| ) | |
|     DEFENDANT. ) | |

## JOINT STIPULATION FOR DISMISSAL

Come now the Plaintiffs Terrell Perry, Shaleshia Perry, their minor children T.P. and T.P., Jr., the minors' claims brought by their father on their behalf, and Defendant City of Dothan d/b/a Water World Water Park, through the undersigned counsel, and hereby jointly move to dismiss the above-captioned case with prejudice. The Parties have agreed that each party will bear its own attorneys' fees, expenses, and costs as associated with this case.

Done this the 11th day of November 2021.

                                                        Respectfully submitted,

                                                        /s/ Julian L. McPhillips, Jr.
                                                        Julian L. McPhillips, Jr.
                                                        Attorney for Plaintiffs

**OF COUNSEL:**
Julian L. McPhillips, Jr.
**MCPHILLIPS SHINBAUM, L.L.P.**
516 S. Perry Street
Montgomery, AL 36104
Telephone: (334) 262-1911
Facsimile: (334) 263-2321
julianmcphillips@icloud.com

                                                /s/ F. Lenton White  
                                                F. Lenton White  
                                                Attorney for Defendant

F. Lenton White  
City Attorney  
City of Dothan, Alabama  
126 North St. Andrews Street, Suite 313  
Dothan, Alabama 36302