IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRELL PERRY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 1:20-cv-123-ECM |
| | ) |
| THE CITY OF DOTHAN, ALABAMA | ) |
| d/b/a WATER WORLD WATER PARK, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the Joint Stipulation for Dismissal, (doc. 28), filed on November 11, 2021, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), it is

ORDERED that this action has been dismissed with prejudice, with costs taxed as paid, by operation of Rule 41. It is further

ORDERED that all deadlines are terminated and all motions are denied as moot.

The Clerk of the Court is DIRECTED to close this case.

Done this 15th day of November, 2021.

                                        /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE